# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kyra Y. Riddick | : | |
| | : | Case No.: 22-12153-ELF |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the *Certificate of Service* filed 09/02/2022 at Docket Entry #13.

DATED: 9/2/2022

                                                                                 */s/ Brad J. Sadek*
                                                                                 Brad J. Sadek, Esq.
                                                                                 Sadek and Cooper Law Offices
                                                                                 1500 JFK Boulevard, Suite 220
                                                                                 Philadelphia, PA 19102
                                                                                 215-545-0008
                                                                                 Attorney for Debtor(s)