IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Kyra Y. Riddick | : | Chapter 13 |
| | : | Case No.: 22-12153-ELF |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on September 2, 2022 a true and correct copy of the <u>Original Chapter 13 Plan</u> was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors per the Creditor Matrix.

<u>Date: September 2, 2022</u>                                         ***/s/ Brad J. Sadek, Esquire***
                                                                                                     Brad J. Sadek, Esquire
                                                                               Attorney for Debtor(s)
                                                                               Sadek & Cooper Law Offices
                                                                               1500 JFK Boulevard – Suite 220
                                                                               Philadelphia, PA 19102
                                                                               215-545-0008