```
CO.   FILE    DEPT.    CLOCK    VCHR. NO.
554   000609  001000   XN50K    0000120000    055
```

# Earnings Statement

**ADP**

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning:   07/16/2022
Period Ending:      08/15/2022
Pay Date:           08/15/2022

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,250.00 | 31,083.38 |
| **Gross Pay** | | | **$2,250.00** | 31,083.38 |

Your federal taxable wages this period are
$2,153.45

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -107.54 | 2,587.68 |
| Social Security Tax | -139.10 | 1,920.69 |
| Medicare Tax | -32.53 | 449.19 |
| PA State Income Tax | -68.87 | 951.01 |
| Middletown T Local Svc Tax | -2.17 | 32.55 |
| Philadelphia Income Tax | -85.27 | 1,190.21 |
| PA SUI Tax | -1.35 | 18.65 |

| Other | | |
|---|---|---|
| Dental | -6.55* | 104.57 |
| 401K Flat Dolla | -90.00* | 1,440.84 |
| 401K Loan Deduc | -22.16 | 288.08 |
| 401K Loan 2 | -9.52 | |
| 401K Roth Flatd | -90.00 | 1,243.33 |
| Expense Reimb | | -50.28 |

| **Net Pay** | **$1,594.94** | |
|---|---|---|
| Checking | -1,594.94 | |
| **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:                Single
Exemptions/Allowances:
  PA:                N/A

* Excluded from federal taxable wages

© 2000 ADP, Inc.

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number:   00000320007
Pay date:        08/15/2022

Deposited to the account of       account number    transit ABA       amount
KYRA RIDDICK                      xxxxxx3028        xxxx xxxx         $1,594.94

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 554 | 000609 | 001000 | XN50K | 000000000 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 07/16/2022
Period Ending: 07/31/2022
Pay Date: 07/29/2022

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,250.00 | 28,833.38 |
| **Gross Pay** | | | **$2,250.00** | 28,833.38 |

Your federal taxable wages this period are $2,153.45

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -107.54 | 2,480.14 |
| | Social Security Tax | -139.09 | 1,781.59 |
| | Medicare Tax | -32.53 | 416.66 |
| | PA State Income Tax | -68.87 | 882.14 |
| | Middletown T Local Svc Tax | -2.17 | 30.38 |
| | Philadelphia Income Tax | -85.27 | 1,104.94 |
| | PA SUI Tax | -1.35 | 17.30 |
| | **Other** | | |
| | Dental | -6.55* | 98.02 |
| | 401K Flat Dolla | -90.00* | 1,350.84 |
| | 401K Loan Deduc | -22.16 | 265.92 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -90.00 | 1,153.33 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | **$1,594.95** | |
| | Checking | -1,594.95 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:    Single
Exemptions/Allowances:
    PA:    N/A

* Excluded from federal taxable wages

© 2000 ADP, Inc.

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000300007
Pay date: 07/29/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,594.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

554 000609 001000 XN50K 0000280006 055

# Earnings Statement

**ADP**

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

| | |
|---|---|
| Period Beginning: | 07/01/2022 |
| Period Ending: | 07/15/2022 |
| Pay Date: | 07/15/2022 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,250.00 | 26,583.38 |
| **Gross Pay** | | | **$2,250.00** | 26,583.38 |

Your federal taxable wages this period are $2,153.45

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -107.54 | 2,372.60 |
| | Social Security Tax | -139.10 | 1,642.50 |
| | Medicare Tax | -32.53 | 384.13 |
| | PA State Income Tax | -68.87 | 813.27 |
| | Middletown T Local Svc Tax | -2.17 | 28.21 |
| | Philadelphia Income Tax | -85.27 | 1,019.67 |
| | PA SUI Tax | -1.35 | 15.95 |
| | **Other** | | |
| | Dental | -6.55* | 91.47 |
| | 401K Flat Dolla | -90.00* | 1,260.84 |
| | 401K Loan Deduc | -22.16 | 243.76 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -90.00 | 1,063.33 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | **$1,594.94** | |
| Checking | | -1,594.94 | |
| **Net Check** | | **$0.00** | |

### Important Notes
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:        Single
Exemptions/Allowances:
  PA:        N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

| | |
|---|---|
| Advice number: | 00000280006 |
| Pay date: | 07/15/2022 |

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,594.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 554 | 000609 | 001000 | XN50K | 055 0000260006 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 06/16/2022
Period Ending: 06/30/2022
Pay Date: 06/30/2022

Filing Status: Head of household
Exemptions/Allowances:
　Federal: Standard Withholding Table

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,250.00 | 24,333.38 |
| **Gross Pay** | | | **$2,250.00** | 24,333.38 |

Your federal taxable wages this period are $2,153.45

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -128.37 | 2,265.06 |
| | Social Security Tax | -139.09 | 1,503.40 |
| | Medicare Tax | -32.53 | 351.60 |
| | PA State Income Tax | -68.87 | 744.40 |
| | Middletown T Local Svc Tax | -2.17 | 26.04 |
| | Philadelphia Income Tax | -86.40 | 934.40 |
| | PA SUI Tax | -1.35 | 14.60 |
| **Other** | | | |
| | Dental | -6.55* | 84.92 |
| | 401K Flat Dolla | -90.00* | 1,170.84 |
| | 401K Loan Deduc | -22.16 | 221.60 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -90.00 | 973.33 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | | **$1,572.99** |
| | Checking | -1,572.99 | |
| **Net Check** | | | **$0.00** |

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
　PA:　　　　Single
Exemptions/Allowances:
　PA:　　　　N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000260006
Pay date: 06/30/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,572.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 554 | 000609 | 001000 | XN50K | 0000230007 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 05/31/2022
Period Ending: 06/15/2022
Pay Date: 06/15/2022

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,250.00 | 22,083.38 |
| **Gross Pay** | | | **$2,250.00** | 22,083.38 |

Your federal taxable wages this period are $2,153.45

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -128.37 | 2,136.69 |
| | Social Security Tax | -139.09 | 1,364.31 |
| | Medicare Tax | -32.53 | 319.07 |
| | PA State Income Tax | -68.87 | 675.53 |
| | Middletown T Local Svc Tax | -2.17 | 23.87 |
| | Philadelphia Income Tax | -86.40 | 848.00 |
| | PA SUI Tax | -1.35 | 13.25 |
| | **Other** | | |
| | Dental | -6.55* | 78.37 |
| | 401K Flat Dolla | -90.00* | 1,080.84 |
| | 401K Loan Deduc | -22.16 | 199.44 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -90.00 | 883.33 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | | **$1,572.99** |
| | Checking | -1,572.99 | |
| **Net Check** | | | **$0.00** |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:         Single
Exemptions/Allowances:
  PA:         N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000230007
Pay date: 06/15/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,572.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| 554 | 000609 | 001000 | XN50K | 000021007 | 1 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 05/16/2022
Period Ending: 05/30/2022
Pay Date: 05/27/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,250.00 | 19,833.38 |
| **Gross Pay** | | | **$2,250.00** | 19,833.38 |

Your federal taxable wages this period are $2,153.45

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.26 | 2,008.32 |
| | Social Security Tax | -139.10 | 1,225.22 |
| | Medicare Tax | -32.53 | 286.54 |
| | PA State Income Tax | -68.87 | 606.66 |
| | Middletown T Local Svc Tax | -2.17 | 21.70 |
| | Philadelphia Income Tax | -86.40 | 761.60 |
| | PA SUI Tax | -1.35 | 11.90 |
| | **Other** | | |
| | Dental | -6.55* | 71.82 |
| | 401K Flat Dolla | -90.00* | 990.84 |
| | 401K Loan Deduc | -22.16 | 177.28 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -90.00 | 793.33 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | **$1,450.09** | |
| Checking | | -1,450.09 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000210007
Pay date: 05/27/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx3028 | xxxx xxxx | $1,450.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 554 | 000609 | 001000 | XN50K | 0000190007 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

| | |
|---|---|
| Period Beginning: | 05/01/2022 |
| Period Ending: | 05/15/2022 |
| Pay Date: | 05/13/2022 |

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    0
    PA:         N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2250.00 | | 2,166.67 | 17,583.38 |
| **Gross Pay** | | | **$2,166.67** | 17,583.38 |

Your federal taxable wages this period are $2,030.12

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -224.13 | 1,757.06 |
| | Social Security Tax | -133.92 | 1,086.12 |
| | Medicare Tax | -31.32 | 254.01 |
| | PA State Income Tax | -66.32 | 537.79 |
| | Middletown T Local Svc Tax | -2.17 | 19.53 |
| | Philadelphia Income Tax | -83.20 | 675.20 |
| | PA SUI Tax | -1.30 | 10.55 |
| | **Other** | | |
| | Dental | -6.55* | 65.27 |
| | 401K Flat Dolla | -130.00* | 900.84 |
| | 401K Loan Deduc | -22.16 | 155.12 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -86.67 | 703.33 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | **$1,369.41** | |
| Checking | | -1,369.41 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 2,083.34 TO 2,250.00.

* Excluded from federal taxable wages

© 2000 ADP, LLC

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

| | | |
|---|---|---|
| Advice number: | 00000190007 | |
| Pay date: | 05/13/2022 | |

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,369.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |
|---|---|---|---|---|
| 554 | 000609 | 003000 | XN50K | 0000 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 04/16/2022
Period Ending: 04/30/2022
Pay Date: 04/29/2022

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2083.34 | | 2,083.34 | 15,416.71 |
| **Gross Pay** | | | **$2,083.34** | 15,416.71 |

Your federal taxable wages this period are $1,971.83

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -211.30 | 1,532.93 |
| | Social Security Tax | -128.72 | 952.20 |
| | Medicare Tax | -30.10 | 222.69 |
| | PA State Income Tax | -63.73 | 471.47 |
| | Middletown T Local Svc Tax | -2.17 | 17.36 |
| | Philadelphia Income Tax | -80.00 | 592.00 |
| | PA SUI Tax | -1.25 | 9.25 |
| | **Other** | | |
| | Dental | -7.34* | 58.72 |
| | 401K Flat Dolla | -104.17* | 770.84 |
| | 401K Loan Deduc | -22.16 | 132.96 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -83.33 | 616.66 |
| | Expense Reimb | | -50.28 |
| **Net Pay** | | **$1,339.55** | |
| Checking | | -1,339.55 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000170040
Pay date: 04/29/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,339.55 |



**NON-NEGOTIABLE**

© 2000 ADP, LLC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| 554 | 000609 | 003000 | XN50K | 0000150036 | |

# Earnings Statement

ADP

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 03/31/2022
Period Ending: 04/15/2022
Pay Date: 04/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2083.34 | | 2,083.34 | 13,333.37 |
| **Gross Pay** | | | **$2,083.34** | 13,333.37 |

Your federal taxable wages this period are $1,971.83

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -211.30 | 1,321.63 |
| | Social Security Tax | -128.71 | 823.48 |
| | Medicare Tax | -30.10 | 192.59 |
| | PA State Income Tax | -63.73 | 407.74 |
| | Middletown T Local Svc Tax | -2.17 | 15.19 |
| | Philadelphia Income Tax | -80.00 | 512.00 |
| | PA SUI Tax | -1.25 | 8.00 |
| | **Other** | | |
| | Dental | -7.34* | 51.38 |
| | 401K Flat Dolla | -104.17* | 666.67 |
| | 401K Loan Deduc | -22.16 | 110.80 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -83.33 | 533.33 |
| | Expense Reimb | | -50.28 |

| **Net Pay** | **$1,339.56** |
|---|---|
| Checking | -1,339.56 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000150036
Pay date: 04/15/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,339.56 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 554 | 000609 | 003000 | XN50K | 000120036 | 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA  19063

Period Beginning: 03/16/2022
Period Ending: 03/30/2022
Pay Date: 03/30/2022

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA  PA  19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2083.34 |  | 2,083.34 | 11,250.03 |
| **Gross Pay** |  |  | **$2,083.34** | 11,250.03 |

Your federal taxable wages this period are $1,971.83

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
|  | Federal Income Tax | -211.30 | 1,110.33 |
|  | Social Security Tax | -128.71 | 694.77 |
|  | Medicare Tax | -30.11 | 162.49 |
|  | PA State Income Tax | -63.73 | 344.01 |
|  | Middletown T Local Svc Tax | -2.17 | 13.02 |
|  | Philadelphia Income Tax | -80.00 | 432.00 |
|  | PA SUI Tax | -1.25 | 6.75 |
| **Other** |  |  |  |
|  | Dental | -7.34* | 44.04 |
|  | 401K Flat Dolla | -104.17* | 562.50 |
|  | 401K Loan Deduc | -22.16 | 88.64 |
|  | 401K Loan 2 | -9.52 |  |
|  | 401K Roth Flatd | -83.33 | 450.00 |
|  | Expense Reimb |  | -50.28 |
| **Adjustment** |  |  |  |
|  | Expense Reimb | +25.55 |  |
| **Net Pay** |  | **$1,365.10** |  |
|  | Checking | -1,365.10 |  |
| **Net Check** |  | **$0.00** |  |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA  19063

Advice number: 00000120036
Pay date: 03/30/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx  xxxx | $1,365.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 554 | 000609 | 003000 | XN50K | 000000016 | 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Period Beginning: 03/01/2022
Period Ending: 03/15/2022
Pay Date: 03/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 0
　PA: N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2083.34 | | 2,083.34 | 9,166.69 |
| **Gross Pay** | | | **$2,083.34** | 9,166.69 |

Your federal taxable wages this period are $1,971.83

### Important Notes
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -211.30 | 899.03 |
| | Social Security Tax | -128.71 | 566.06 |
| | Medicare Tax | -30.10 | 132.38 |
| | PA State Income Tax | -63.73 | 280.28 |
| | Middletown T Local Svc Tax | -2.17 | 10.85 |
| | Philadelphia Income Tax | -80.00 | 352.00 |
| | PA SUI Tax | -1.25 | 5.50 |
| | **Other** | | |
| | Dental | -7.34* | 36.70 |
| | 401K Flat Dolla | -104.17* | 458.33 |
| | 401K Loan Deduc | -22.16 | 66.48 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -83.33 | 366.67 |
| | Expense Reimb | | -24.73 |
| **Net Pay** | | **$1,339.56** | |
| Checking | | -1,339.56 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063

Advice number: 00000100036
Pay date: 03/15/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,339.56 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 554 | 000609 | 003000 | XN50K | 000000055 | 055 |

**Earnings Statement**   ADP

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA  19063

Period Beginning:  02/16/2022
Period Ending:     02/28/2022
Pay Date:          02/28/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA  PA  19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2083.34 | | 2,083.34 | 7,083.35 |
| **Gross Pay** | | | **$2,083.34** | 7,083.35 |

Your federal taxable wages this period are $1,971.83

**Important Notes**
COMPANY PH#: 484-468-3322

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 1,666.67 TO 2,083.34.

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -211.30 | 687.73 |
| Social Security Tax | -128.71 | 437.35 |
| Medicare Tax | -30.10 | 102.28 |
| PA State Income Tax | -63.73 | 216.55 |
| Middletown T Local Svc Tax | -2.17 | 8.68 |
| Philadelphia Income Tax | -80.00 | 272.00 |
| PA SUI Tax | -1.25 | 4.25 |
| **Other** | | |
| Dental | -7.34* | 29.36 |
| 401K Flat Dolla | -104.17* | 354.16 |
| 401K Loan Deduc | -22.16 | 44.32 |
| 401K Loan 2 | -9.52 | |
| 401K Roth Flatd | -83.33 | 283.34 |
| Expense Reimb | | -24.73 |
| **Adjustment** | | |
| Expense Reimb | +24.73 | |
| **Net Pay** | **$1,364.29** | |
| Checking | -1,364.29 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

CARGROUP HOLDINGS, LLC
1023 E. BALTIMORE PIKE
MEDIA, PA  19063

Advice number:  00000080033
Pay date:       02/28/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,364.29 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 554 | 000609 | 003000 | XN50K | 000000064 055 |

# Earnings Statement

**ADP**

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063
COMPANY PH#: 484-468-3322

Period Beginning: 01/31/2022
Period Ending:   02/15/2022
Pay Date:        02/15/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA:      N/A

KYRA RIDDICK
738 WYNNEWOOD RD
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1666.67 | 1,666.67 | | 5,000.01 |
| **Gross Pay** | | | **$1,666.67** | 5,000.01 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -158.81 | 476.43 |
| | Social Security Tax | -102.88 | 308.64 |
| | Medicare Tax | -24.06 | 72.18 |
| | PA State Income Tax | -50.94 | 152.82 |
| | Middletown T Local Svc Tax | -2.17 | 6.51 |
| | Philadelphia Income Tax | -64.00 | 192.00 |
| | PA SUI Tax | -1.00 | 3.00 |
| | **Other** | | |
| | Dental | -7.34* | 22.02 |
| | 401K Flat Dolla | -83.33* | 249.99 |
| | 401K Loan Deduc | -22.16 | 22.16 |
| | 401K Loan 2 | -9.52 | |
| | 401K Roth Flatd | -66.67 | 200.01 |
| **Net Pay** | | | **$1,073.79** | |
| Checking | | | -1,073.79 | |
| **Net Check** | | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,576.00

© 2000 ADP, LLC

CARGROUP HOLDINGS,LLC
1023 E. BALTIMORE PIKE
MEDIA, PA 19063
COMPANY PH#: 484-468-3322

Advice number:    00000060031
Pay date:         02/15/2022

Deposited to the account of
KYRA RIDDICK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3028 | xxxx xxxx | $1,073.79 |



**THIS IS NOT A CHECK**

## NON-NEGOTIABLE