**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kyra Y. Riddick                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12153 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Midfirst Bank and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
02 Sep 2022, 12:35:32, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322