# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 22-12153-ELF

KYRA Y RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KYRA Y RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

/S/ Kenneth E. West

Date: 10/27/2022

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee