**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Kyra Y. Riddick | | CHAPTER 13 |
| | Debtor(s) | |
| MidFirst Bank | | |
| | Movant | |
| vs. | | NO. 22-12153 ELF |
| Kyra Y. Riddick | | |
| | Debtor(s) | |
| Kenneth E. West | | |
| | Trustee | 11 U.S.C. Section 362 |

**MOTION OF MidFirst Bank**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362**

1. Movant is MidFirst Bank.

2. Debtor(s) is/are the owner(s) of the premises 738 Wynnewood Road, Philadelphia, PA 19151, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $94,254.00 on the mortgaged premises that was executed on July 29, 2008.  The mortgage has been assigned as follows:

Citimortgage, Inc., to MidFirst Bank, A Federally Chartered Savings Association recorded on July 27, 2015 in Philadelphia at Document ID Number 52945660.

4. Kenneth E. West, is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $757.23 for the months of October 2022 through December 2022 plus late charges if applicable.

7. The total amount necessary to reinstate the loan post-petition is $2,271.69.

8. Movant is entitled to relief from stay for cause.

9. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Denise Carlon, Esq.

_____

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant