IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Kyra Y. Riddick | : | Chapter 13 |
| | : | Case No. 22-12153-ELF |
| Debtor(s) | : | |

## RESPONSE TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY MIDFIRST BANK

Debtor, Kyra Y. Riddick by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by MidFirst Bank hereby submits the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part; Denied in part. Debtor avers some payments were missed and others were paid. Debtor will provide proof of accounting to compare with Movant's.

7. Denied. Debtor unsure of the same.

8. Denied.

9. No response required.

WHEREFORE, Debtor, by and through the undersigned counsel, respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

Date: 1/4/2023

/s/ Brad J. Sadek, Esq_____
Brad J. Sadek, Esq.
Attorney for the Debtor
1500 JFK Boulevard Suite #220
Philadelphia, PA 19102
(215) 545-0008

## **CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Notice

**Denise Carlon, Esq.**
Attorney for Movant *MidFirst Bank*
Electronic Notice to *bkgroup@kmllawgroup.com*

Dated: January 4, 2023             /s/Brad J. Sadek, Esq
                                                     Brad J. Sadek, Esq.
                                                     Attorney for Debtor(s)