## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Kyra Y Riddick | : | Chapter 13 |
|  | : | Case No.: 22-12153-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: June 26, 2023           /s/ Brad J. Sadek, Esquire
                               Brad J. Sadek, Esquire
                               Sadek and Cooper Law Offices, LLC
                               1500 JFK Boulevard, Suite #220
                               Philadelphia, Pa 19102
                               brad@sadeklaw.com
                               215-545-0008