IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Kyra Y. Riddick | : | Chapter 13 |
| | : | Case No.: 22-12153-AMC |
| Debtor. | : | |

# **O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Motion.

~~FURTHER ORDERED~~:

Dated: July 18, 2023

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE