### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Kyra Y. Riddick | : | |
| | : | Case No.: 22-12153-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: March 28, 2024                    /s/ Brad J. Sadek, Esquire
                                                                     Brad J. Sadek, Esquire
                                                                     Sadek Law Offices, LLC
                                                                     1500 JFK Boulevard, Suite #220
                                                                     Philadelphia, Pa 19102
                                                                     brad@sadeklaw.com
                                                                     215-545-0008