**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Kyra Riddick | : | |
| | : | Case No.: 21-12153-AMC |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

     I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 5, 2024                 /s/ Brad J. Sadek, Esquire

                                              Brad J. Sadek, Esquire
                                              Sadek and Cooper Law Offices, LLC
                                                1500 JFK Boulevard, Suite 220
                                                Philadelphia, Pa 19102
                                                215-545-0008